In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-06-529 CR


____________________



DENNIS WAYNE BURCH, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the 260th District Court


Orange County, Texas


Trial Cause No. D-030537-R






MEMORANDUM OPINION


 We have before the Court an appeal by Dennis Wayne Burch from a sentence
pronounced August 10, 2006. The notice of appeal was filed with the trial court on
November 28, 2006, more than ninety days from the date sentence was imposed in open
court. The notice of appeal was not timely filed. Tex. R. App. P. 26.2. The appellant
did not follow the procedure for obtaining an extension of time to file the notice of appeal.
Tex. R. App. P. 26.3. Appellant has not obtained an out-of-time appeal from the Court
of Criminal Appeals. The Court finds it is without jurisdiction to entertain this appeal. 
Accordingly, the appeal is dismissed for want of jurisdiction.

 APPEAL DISMISSED.

 ___________________________

 STEVE McKEITHEN

 Chief Justice 


Opinion Delivered January 17, 2007 

Do Not Publish

Before McKeithen, C.J., Gaultney and Horton, JJ.